1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

5

450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
Telephone: (415) 436-7368
7  Fax: (415) 436-7234
nicholas.parker3@usdoj.gov

8

Attorneys for United States of America
9

**FILED**

Jun 08 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.:  3:23-mj-70834 MAG |
| Plaintiff, | MOTION FOR SEALING ORDER |
| v. | **UNDER SEAL** |
| KEVIN ESTRADA MEJIA, | |
| Defendant. | |

The United States, by and through its counsel, Assistant United States Attorney Nicholas Parker,
moves this Court for an order sealing the government's application for a sealing order, the sealing order,
the criminal complaint, the arrest warrant, and all attachments in the above-referenced case. Disclosure
of the specified documents might jeopardize the progress of this ongoing investigation that is neither
public nor known to unidentified co-conspirators of the investigation. The United States requests that the
arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the
Clerk of Court shall provide copies of the sealed documents to employees of the United States
Attorney's Office. The United States further requests that the United States Attorney's Office be
permitted to share these documents as necessary to comply with its discovery obligations, and with the

1   the Drug Enforcement Administration.

2

3   DATED:  June 8, 2023                    Respectfully submitted,

4                                          ISMAIL J. RAMSEY
                                           United States Attorney
5

6                                           _/s/ Nicholas Parker_____
7                                          NICHOLAS M. PARKER
                                           Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SEALING ORDER                      2                    v. 2/22/2020